UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRACIA CHEVANNESE YOUNG, et al., <br><br>　　　　Plaintiffs, <br><br>　v. <br><br>DONALD J. TRUMP, et al., <br><br>　　　　Defendants. | Case No.  20-cv-07183-EMC <br><br>**SUA SPONTE JUDICIAL REFERRAL FOR PURPOSES OF DETERMINING RELATIONSHIP OF CASES** |

Pursuant to Civil Local Rule 3-12 (c), the Court ORDERS that the above-captioned case is referred to Judge Jeffrey S. White to determine whether it is related to *National Association of Manufacturers et al v. United States Department of Homeland Security et al,* Case No. 4:20-cv-04887-JSW.

**IT IS SO ORDERED.**

Dated: October 16, 2020

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　EDWARD M. CHEN
　　　　　　　　　　　　　　　　　　　　　United States District Judge