# OFFICE OF THE CLERK
# UNITED STATES DISTRICT COURT
# Northern District of California

## CIVIL MINUTES

**Date:** December 4, 2020      **Time:** 1:38-3:08= 30 Minutes      **Judge:** EDWARD M. CHEN

**Case No.**: 20-cv-07183-EMC      **Case Name:** Young v. Trump et al

**Attorneys for Plaintiff:** Abadir Barre, Curtis Morrison, Kristina Ghazaryan
**Attorney for Defendant:** Kimberly Robinson

**Deputy Clerk:** Angella Meuleman      **Court Reporter:** Katherine Sullivan

### PROCEEDINGS HELD BY ZOOM WEBINAR

[8] Motion for Preliminary Injunction - held;
[18] Motion to Transfer Case - held;
Initial Case Management Conference - not held.

### SUMMARY

Parties stated appearances and proffered argument.

Court takes motions under submission.